AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
4/8/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___nne___ DEPUTY

**LODGED**
CLERK, U.S. DISTRICT COURT
4/8/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAM___ DEPUTY

United States of America

v.

JULIO ERNESTO LOPEZ-MENENDEZ,
Defendant(s)

Case No.   2:22-mj-01447-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 4, 2022 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 | Possession with Intent to Distribute and Distribution of Drugs, and Conspiracy |
| 18 U.S.C. § 922(a)(1)(A) | Engaging in the Business of Dealing in Firearms Without a License |
| 26 U.S.C. § 5861(d) | Possession of an Unregistered Firearm |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
Complainant's signature

Andrew Grigoriadis, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   April 8, 2022, 4:59 p.m.

_____
Judge's signature

City and state:   Los Angeles, California

Hon Maria A. Audero, U.S. Magistrate Judge
*Printed name and title*